**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kirk Jermaine Reeves, et al.
Plaintiff,
v.
Case No.: 1:25−cv−14495
Honorable Joan H. Lefkow
The Ankin Law Group LLC, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 13, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Motion to amend civil judgment [88] is granted. Kirk Jermaine Reeves was withdrawn as a plaintiff in the amended complaint. An amended judgment is hereby entered. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.