**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Clyde Reeves,

Plaintiff,

v.

The Akin Law Group LLC, Ankin Law Offices LLC, Ankin Law Building LLC, Ankin Acruisitions LLC, Ten North Dearborn Owner LLC, Howard H. Ankin, Raquel Gross, and Paul B. Ankin,

Defendants.

Case No. 25 C 14495

Judge Joan H. Lefkow

**AMENDED JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendants

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues. Plaintiff shall recover costs from defendants.

---

☐ in favor of defendant.
and against plaintiff

---

☒ other: Case is dismissed with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on 8/6/2026.

Date: 8/13/2026 Nunc Pro Tunc Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk